UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Job #: 150971

Attorney: PH:
Address:

# AFFIDAVIT OF SERVICE

Scott Safont

vs
Sterling Jewelers Inc. d/b/a Kay Jewelers

*Plaintiff*

*Defendant*

Index Number: 15-4224

Date Filed:

Client's File No.:

Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**Juan Pereira**, being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **7/22/2015**, at **12:14 PM** at: **111 8th Avenue, NY, NY 10011** Deponent served the within **Summons and Complaint**

upon: **CT Corp (Registered Agent)**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (Authorized by the Registered Agent to Accept Svc.) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Nora Dindyal- Process Specialist personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized by the Registered Agent to Accept Svc. thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
| Sex: Female | Color of skin: Brown | Color of hair: Black | Glasses: Yes |
| Age: 50-55 | Height: 5ft 4inches - 5ft 8inches | Weight: 100-130 Lbs. | Other Features: |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 07/24/15

MARGHERITA LOSA GIVNEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GI6205464
Qualified in Queens County
My Commission Expires May 11, 2017

Juan Pereira
0862954

Service received from NY Server LLC 450 Route 25A East Setauket NY 11733 631 778 8021 NYC DCA 1355424 o/b/o
*NY Server LLC, 450 Route 25A #814, East Setauket 11733*