UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SAFONT,<br><br>                              Plaintiff,<br><br>             - against -<br><br>STERLING JEWELERS, INC. d/b/a KAY JEWELERS;<br>and DOES 1-10<br><br>                              Defendant. | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND <u>TO THE COMPLAINT</u>**<br><br>15-cv-04224<br>(RRM) (SMG) |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for plaintiff Scott Safont ("Plaintiff") and counsel for defendant Sterling Jewelers, Inc. d/b/a Kay Jewelers ("Defendant"), that the time for Defendant to answer, move against or otherwise respond to the Complaint in the above-captioned matter is hereby extended through and including August 26, 2015.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile or scanned signatures shall have the same force and effect as original signatures.

Dated: August 12, 2015

| | |
|---|---|
| **THE GLAPION LAW FIRM, LLC** | **NIXON PEABODY LLP** |
| By:      s/ Jeremy M. Glapion<br>         Jeremy M. Glapion, Esq. | By:        s/ Daniel Case Gibbons<br>          Daniel Case Gibbons, Esq. |
| 1704 Maxwell Drive, Suite 102<br>Wall, New Jersey 07719<br>(732) 455-9737<br>jmg@glapionlaw.com | 50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 832-7500<br>dgibbons@nixonpeabody.com |
| *Attorneys for Plaintiff*<br>  *Scott Safont* | *Attorneys for Defendant*<br>   *Sterling Jewelers, Inc. d/b/a Kay Jewelers* |

4816-8394-3718.1

- 2 -

SO ORDERED:

_____
Hon. Roslynn R. Mauskopf, U.S.D.J.

4816-8394-3718.1